United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE MANCUSO *et al*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-03380 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| OCWEN LOAN | § | |
| SERVICING LLC, | § | |
| Defendant. | § | |

## ORDER

This case was reassigned to this Court on October 23, 2019. Dkt 12. The order of reassignment vacated all settings.

Pending before the Court is a motion for summary judgment by Defendant Ocwen Loan Servicing LLC. Dkt 11.

The Court typically requires the parties to either mediate their dispute or attend a settlement conference with the Magistrate Judge prior to consideration of dispositive motions. The prior scheduling order did not include an applicable deadline requiring such mediation or settlement conference.

The Court will now require the parties to discuss and negotiate in good faith the potential for settlement. But the Court does not intend for any party or counsel to act contrary to official guidance or precautions regarding the COVID-19 virus, including with respect to travel or appearance for any hearing or litigation-related matter.

The Court ORDERS the parties to confer and negotiate in good faith by April 10, 2020 regarding the potential for settlement. The parties must submit a joint report on same.

The parties may there state an intention to arrange for and participate in mediation, whether remote or in person. Or they may make request regarding availability of the Magistrate Judge for an in-person or telephonic settlement conference, if desired.

SO ORDERED.

Signed on March 20, 2020, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge