IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOE MANCUSO and KATHLEEN MANCUSO,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CAUSE NO. 4:18-cv-03380 |
| | § | |
| **OCWEN LOAN SERVICING LLC,** | § § | |
| *Defendant*. | § | |

## JOINT REPORT ON DESIGNATION OF MEDIATOR

Pursuant to this Court's March 20, 2020 *Order*,[1] Plaintiffs Joe Mancuso and Kathleen Mancuso and Defendant PHH Mortgage Corporation ("PHH"), which is successor by merger to Ocwen Loan Servicing LLC (collectively the "Parties"), hereby submit this *Joint Report on Designation Mediator*, and would respectfully show as follows:

The Parties jointly and respectfully inform the Court that they have conferred in good faith about the settlement of this case and believe mediation to be the most appropriate alternative-dispute-resolution method. As such, the Parties agreed to select one of the following mediators in this action, subject to availability and clearance of conflicts of interest, once the effects of the COVID-19 virus subside: **Judge John Coselli**, 5521 Hidalgo Street, Houston, TX 77056, 713-724-2392; **Jerry Hoover**, ADR Texas, Three Riverway, Suite 400, Houston, TX, 77056, 713-622-0650; or **Norman Roser**, Greenway Mediation Center, 3203 Mercer Street, Houston, TX 77027, 713-877-8585. With the Court's approval the Parties will look to secure a mediator from the above list subject to availability of all involved.

---

[1] Dkt. No. 16.

Dated: April 9, 2020

Respectfully submitted,

*/s/   Barry A. McCain*
Adam Nunnallee
State Bar No. 24057453
SD Bar No. 1287826
anunnallee@dykema.com
Barry A. McCain
State Bar No. 24092787
SD Bar No. 2513906
bmccain@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas  75201
Ph: (214) 462-6400
Fax: (214) 462-6401

**ATTORNEYS FOR DEFENDANT PHH**

**-and-**

*/s/   Martin M. Hokanson (with permission)*
Martin M. Hokanson
Texas Bar No. 09813400
Federal ID. No. 6043
22503 Katy Freeway
Katy, Texas 77450
Telephone: 713-927-3490
Fax: 832-201-8828

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system in accordance with the Federal Rules of Civil Procedure and delivered electronically to all counsel of record.

*/s/ Barry A. McCain*
Barry A. McCain